(No. 2409— )

Dr. E. G. Gaffney, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed December 11, 1934.*

William M. Scanlan, for claimant.

Otto Kerner, Attorney General; John Kasserman, Assistant Attorney General, for respondent.

Mr. Justice Yantis delivered the opinion of the court:

The facts in the case of Dr. E. C. Gaffney are fully set forth in the case of Dr. Charles J. Hutton, No. 2407, decided at the present term of this court and the reasons for the allowance of an award are therein stated. To save repetition reference is, therefore, made to that cause.

An award is herein allowed in favor of Dr. E. G. Gaffney in the sum of $70.00.